# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bruce Pettey <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-14496 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Rushmore Loan Management Services as servicer for EMC Mortgage LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8654

                                                           Respectfully submitted,

                                                           **<u>/s/, Joshua I. Goldman, Esquire</u>**
                                                           Joshua I. Goldman, Esquire
                                                           Thomas Puleo, Esquire
                                                           KML Law Group, P.C.
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA 19106-1532
                                                           (215) 825-6306  FAX (215) 825-6406