**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                             : Chapter 13

**Pettey, Bruce**

      **Debtor**

                                      :           16-14496 sr

**CERTIFICATE OF SERVICE OF
<u>DEBTOR'S AMENDED CHAPTER 13 PLAN</u>**

     I certify that on  <u>January 8, 2017</u> ,  the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served  a copy of the Debtor's  Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>January 8, 2017</u>

                                      _"/s/"Mitchell J. Prince
                                      John L. McClain, Esquire
                                      Mitchell J. Prince, Esquire
                                      Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072