**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    : Chapter 13
    Pettey, Bruce

    Debtor                                           : 16-14496 sr

### CERTIFICATE OF SERVICE

    I certify that on  January 8, 2017 , I mailed by regular first class mail and/or by electronic means, a copy of the Debtor's Motion to Avoid Lien Impairing Exemption- Judicial Lien and Order Requiring Answer and Notice of Hearing to Consider Motion to the parties below..

Dated: January 8, 2017

                        "/s/" Mitchell J. Prince
                        John L. McClain, Esquire
                        Mitchell J. Prince, Esquire
                        Attorneys for debtor

**JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072**

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Sun East Federal Credit Union
c/o J. Scott Watson, Esquire
24 Regency Plaza
Glen Mills, PA 19342.
(Per Proof of Claim)

Pettey, Bruce
1029 Elmwood Ave
Sharon Hill, PA 19079