United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14496-sr
Bruce Pettey                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1            Date Rcvd: Feb 11, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db             +Bruce Pettey,    1029 Elmwood Avenue,   Sharon Hill, PA 19079-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    EMC Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    EMC Mortgage LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Bruce  Pettey aaamcclain@aol.com,   edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    EMC Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    EMC Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Pettey, Bruce
       Debtor : 16-14496 sr

### ORDER

    The motion of the above-named debtor to avoid the judicial lien, if any, of the respondent, Sun East Federal Credit Union, is granted.

    To the extent that the respondent's lien is a judicial lien that impairs the exemption of the debtor in property of the debtor described as follows: Residence located 1029 Elmwood Ave, Sharon Hill, PA 19079, it is avoided under 11 USC Section 522 (f) upon discharge.

Dated: February 9, 2017

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072

_____
Bankruptcy Judge Stephen Raslavich

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Sun East Federal Credit Union
c/o J. Scott Watson, Esquire
24 Regency Plaza
Glen Mills, PA 19342.
(Per Proof of Claim)

Pettey, Bruce
1029 Elmwood Ave
Sharon Hill, PA 19079