**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** : | |
| : | **CHAPTER 13** |
| **Bruce Pettey** : | |
| : | **Bankruptcy Case Number: 16-14496** |
| : | |
| **Debtor:** : | |
| --------------------------------------------- : | |
| **Pennsylvania Housing Finance Agency** : | |
| : | |
| **Movant** : | |
| **vs.** : | |
| : | |
| **Bruce  Pettey** : | |
| : | |
| **Respondent** : | |
| : | |

**CERTIFICATE OF SERVICE**

I, Jada S. Greenhowe, hereby certify that on this 5th day of May, in the year 2017, a true and correct copy of the Pennsylvania Housing Finance Agency's **OBJECTION TO DEBTOR'S AMENDED CHAPTER 13 PLAN**, has been served upon the following persons by first class mail at the addresses set forth below:

John McClain
John L. McClain & Associates
P.O. Box 123
Narberth, PA 19072

Frederick L. Reigle
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

Date: May 5, 2017                    /s/ Jada S. Greenhowe
                                       JADA S. GREENHOWE
                                       Attorney I.D. # 316990
                                       PENNSYLVANIA HOUSING FINANCE AGENCY
                                       211 North Front Street
                                       Harrisburg, PA 17101
                                       (717) 780-4333