## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Bruce Pettey

                Debtor

EMC Mortgage LLC

                Movant

vs.

Bruce Pettey

                Debtor

CHAPTER 13

NO. 16-14496 SR

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of EMC Mortgage LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about January 5, 2017 (Document No. 20).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Brian C. Nicholas, Esquire
Attorneys for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

September 12, 2017