**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Pettey, Bruce

       Debtor : 16-14496 sr

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Elwyn
111 Elwyn Road
Elwyn, PA 19063**

Re: **Pettey, Bruce**
SSN: xxx-xx-1460

    The future earnings of the above named debtor Pettey, Bruce, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$247.00 for 15 months (Started on 7/24/16) then as of October 24, 2017, the payment shall increase to $660 a month for 45 month,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$247.00 for 15 months (Started on 7/24/16) then as of October 24, 2017, the payment shall increase to $660 a month for 45 months** to:

    Frederick Reigle, Trustee,  P.O. Box 680, Memphis, TN 38101-0680

    BY THE COURT:

                                     _____
                                     JUDGE **STEPHEN RASLAVICH**
                                     **Dated: September 14, 2017**

Elwyn
111 Elwyn Road
Elwyn, PA 19063

Pettey, Bruce
1029 Elmwood Ave
Sharon Hill, PA 19079

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123