United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14496-sr
Bruce Pettey                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Sep 14, 2017
                  Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db           +Bruce Pettey,    1029 Elmwood Avenue,    Sharon Hill, PA 19079-1607
             +Elwyn,   111 Elwyn Road,    Elwyn, PA 19063-4699

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    EMC Mortgage LLC bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    EMC Mortgage LLC bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        JADA S. GREENHOWE    on behalf of Creditor    PHFA jgreenhowe@phfa.org
        JOHN L. MCCLAIN    on behalf of Debtor Bruce  Pettey aaamcclain@aol.com,  edpabankcourt@aol.com
        JOHN L. MCCLAIN    on behalf of Plaintiff Bruce  Pettey aaamcclain@aol.com,  edpabankcourt@aol.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    EMC Mortgage LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor    EMC Mortgage LLC bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    EMC Mortgage LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                         TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13
    Pettey, Bruce

    Debtor                                  : 16-14496 sr

### AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**Elwyn**
**111 Elwyn Road**
**Elwyn, PA 19063**


Re:    **Pettey, Bruce**
SSN:   xxx-xx-1460

    The future earnings of the above named debtor Pettey, Bruce, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$247.00 for 15 months (Started on 7/24/16) then as of October 24, 2017, the payment shall increase to $660 a month for 45 month,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$247.00 for 15 months (Started on 7/24/16) then as of October 24, 2017, the payment shall increase to $660 a month for 45 months** to:

    Frederick Reigle, Trustee,  P.O. Box 680, Memphis, TN 38101-0680

    BY THE COURT:

                                        JUDGE **STEPHEN RASLAVICH**
                                              **Dated: September 14, 2017**

Elwyn
111 Elwyn Road
Elwyn, PA 19063

Pettey, Bruce
1029 Elmwood Ave
Sharon Hill, PA 19079

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123