**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Pettey, Bruce

Debtor : 16-14496 ~~srk~~ jkf

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, ~~to-wit~~, this __1st__ day of __December__, 2017, upon consideration of the "Disclosure of Compensation of Attorney for Debtor" filed and/or the foregoing Motion For allowance of Compensation and Reimbursement of Expenses, IT IS HEREBY

ORDERED that the Motion is hereby granted a total fee of $9,500.00 and $74.99 in expenses and further, the unpaid balance of $9,500.00 of the legal fees and $74.99 in incurred expenses ~~shall~~ may be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge
Jean K. FitzSimon

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606


Pettey, Bruce
1029 Elmwood Ave
Sharon Hill, PA 19079