Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 16-14496-AMC

BRUCE PETTEY  
1029 ELMWOOD AVE  
SHARON HILL  PA    19079

Petition Filed Date: 06/24/2016  
341 Hearing Date: 09/16/2016  
Confirmation Date: 10/05/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $304.62 | 1175288 | 01/23/2019 | $304.62 | 12050501 | 02/05/2019 | $304.62 | 12400171 |
| 02/19/2019 | $304.62 | 12762491 | 03/05/2019 | $304.62 | 13161374 | 03/18/2019 | $304.62 | 13540021 |
| 04/01/2019 | $304.62 | 13925845 | 04/12/2019 | $304.62 | 14328938 | 04/30/2019 | $304.62 | 14756751 |
| 05/13/2019 | $304.62 | 15104663 | 05/24/2019 | $304.62 | 15503205 | 06/10/2019 | $304.62 | 15935232 |
| 06/24/2019 | $304.62 | 16372170 | 07/09/2019 | $304.62 | 16727974 | 07/22/2019 | $304.62 | 17187152 |
| 08/05/2019 | $304.62 | 17551077 | 08/19/2019 | $304.62 | 17889102 | 09/03/2019 | $304.62 | 18315715 |
| 09/27/2019 | $304.62 | 19087224 | 10/16/2019 | $304.62 | 19404646 | 10/29/2019 | $304.62 | 19846652 |
| 11/12/2019 | $304.62 | 20218502 | 11/26/2019 | $304.62 | 20600794 | 12/09/2019 | $304.62 | 20950669 |
| 12/26/2019 | $304.62 | 21367269 | 01/06/2020 | $304.62 | 21730910 | 01/17/2020 | $304.62 | 22114973 |
| 02/04/2020 | $304.62 | 22447274 | 02/14/2020 | $304.62 | 22823076 | 03/02/2020 | $304.62 | 23274135 |
| 03/13/2020 | $304.62 | 23632911 | 03/30/2020 | $304.62 | 24062858 | 04/10/2020 | $304.62 | 24368822 |
| 04/27/2020 | $304.62 | 24697323 | 05/11/2020 | $138.20 | 24967377 | 05/22/2020 | $138.23 | 25211933 |
| 06/19/2020 | $278.43 | 25652197 | 07/06/2020 | $138.21 | 25873882 | 07/21/2020 | $138.21 | 26118135 |
| 08/04/2020 | $138.22 | 26344239 | | | | | | |

**Total Receipts for the Period:** $11,326.58    **Amount Refunded to Debtor Since Filing:** $0.00    **Total Receipts Since Filing:** $23,631.52

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 008 | Unsecured Creditors | $719.00 | $0.00 | $719.00 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 007 | Unsecured Creditors | $274.89 | $0.00 | $274.89 |
| 6 | CERASTES LLC<br>»» 006 | Unsecured Creditors | $2,698.25 | $0.00 | $2,698.25 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $5,917.39 | $5,917.39 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $437.16 | $0.00 | $437.16 |
| 10 | PHFA-HEMAP<br>»» 010 | Unsecured Creditors | $6,043.99 | $0.00 | $6,043.99 |
| 2 | PECO ENERGY COMPANY<br>»» 002 | Unsecured Creditors | $2,397.27 | $0.00 | $2,397.27 |
| 9 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 009 | Mortgage Arrears | $14,614.31 | $5,901.13 | $8,713.18 |
| 1 | SANTANDER CONSUMER USA<br>»» 001 | Unsecured Creditors | $6,294.60 | $0.00 | $6,294.60 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | SUN EAST FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $1,720.55 | $0.00 | $1,720.55 |
| 4 | SUN EAST FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $1,293.53 | $0.00 | $1,293.53 |
| 11 | JOHN L MC CLAIN ESQ<br>»» 011 | Attorney Fees | $9,574.99 | $9,574.99 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,631.52 | Current Monthly Payment: | $660.00 |
| Paid to Claims: | $21,393.51 | Arrearages: | $2,496.48 |
| Paid to Trustee: | $1,989.22 | Total Plan Base: | $33,388.00 |
| Funds on Hand: | $248.79 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.