United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-14496-amc

Bruce Pettey     Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 3

Date Rcvd: Dec 02, 2020     Form ID: pdf900     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce Pettey, 1029 Elmwood Avenue, Sharon Hill, PA 19079-1607 |
| 13749878 | + | Axcess Financial, 7755 Montgomery Rd, Suite 400, Cincinnati, OH 45236-4197 |
| 13809809 | | Check 'n Go, C/O Real Time Resolutions, Inc., PO Box 566027, Dallas, TX 75356-6027 |
| 13749880 | + | City of Philadelphia/ Parking Tickets, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 13837390 | + | EMC Mortgage LLC, C/O Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 13749884 | + | HAN Emergency Physicians, PO Box 8500-13973, Philadelphia, PA 19178-0001 |
| 13749885 | | IRS, Andover, MA 01810-9052 |
| 13749886 | + | J. Scott Watson, Esquire, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 13749887 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13749888 | + | Mercy Fitzgerald Hospital, PO Box 822967, Philadelphia, PA 19182-2967 |
| 13749889 | | Pa Housing Finance Age, Agency, Harrisburg, PA 17101 |
| 13749891 | + | Riddles Hospital, Mainline Health, PO Box 781242, Philadelphia, PA 19178-1242 |
| 13749892 | | Rushmaore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 13749893 | + | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 13759086 | + | Santander Consumer USA INC, PO BOX 560284, Dallas, TX 75356-0284 |
| 13749895 | + | Sun East Federal CU, 4500 Pennell Rd, Aston, PA 19014-1862 |
| 13790097 | + | Sun East Federal Credit Union, 4500 Pennell Street, Aston, PA 19014-1862 |
| 13749897 | + | TekCollect Inc, PO Box 1269, Columbus, OH 43216-1269 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 03 2020 05:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2020 05:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 03 2020 05:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: blegal@phfa.org | Dec 03 2020 05:32:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13825092 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 03 2020 05:19:15 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14013071 | + | Email/Text: bncmail@w-legal.com | Dec 03 2020 05:32:00 | Cerastes, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 13749881 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 03 2020 05:32:00 | Credit Collections Svc, PO Box 773, Needham, MA 02494-0918 |
| 13749882 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Dec 03 2020 05:32:00 | Credit Systems International, Inc, 1277 Country Club Lane, Fort Worth, TX 76112-2304 |
| 13832220 | | Email/Text: G06041@att.com | Dec 03 2020 05:32:00 | Directv, LLC, by American InfoSource LP as |

Case 16-14496-amc    Doc 83    Filed 12/04/20    Entered 12/05/20 00:49:53    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: pdf900 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13749883 | + | Email/Text: bknotice@ercbpo.com | Dec 03 2020 05:32:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13749890 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 03 2020 05:32:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 13763349 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 03 2020 05:32:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13906458 | | Email/Text: blegal@phfa.org | Dec 03 2020 05:32:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 13749894 | + | Email/Text: bankruptcy@sw-credit.com | Dec 03 2020 05:32:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 13749896 | | Email/Text: bankruptcy@td.com | Dec 03 2020 05:32:00 | TD Bank, NA, PO Box 9547, Portland, Me 04112 |
| 13749898 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 03 2020 05:32:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Cerastes, LLC, C O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 13749879 | *+ | Bruce Pettey, 1029 Elmwood Ave, Sharon Hill, PA 19079-1607 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor EMC Mortgage LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor EMC Mortgage LLC bkgroup@kmllawgroup.com |
| JADA S. GREENHOWE | on behalf of Creditor PHFA jgreenhowe@phfa.org |
| JOHN L. MCCLAIN | on behalf of Plaintiff Bruce Pettey aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | |

on behalf of Debtor Bruce Pettey aaamcclain@aol.com edpabankcourt@aol.com

JOSHUA I. GOLDMAN

on behalf of Creditor EMC Mortgage LLC Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

MATTEO SAMUEL WEINER

on behalf of Creditor EMC Mortgage LLC bkgroup@kmllawgroup.com

POLLY A. LANGDON

on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ

on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor EMC Mortgage LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS I. PULEO

on behalf of Creditor EMC Mortgage LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>BRUCE PETTEY<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 16-14496-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 2, 2020**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE